UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | |
|---|---|
| **Case No.** CV 22-6867-MWF | **Date:** September 26, 2023 |
| **Title:** In Re: Allana Baroni | |

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Appellants: | Attorneys Present for Appellees: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):** ORDER TO SHOW CAUSE

Debtor Allana Baroni and her counsel (and alleged creditor) Richard Antognini (collectively "Appellants") filed the Notice of Appeal initiating this action on September 22, 2022. (Docket No. 1). On December 9, 2022, the Court denied Appellants' Emergency Motion for Stay Pending Appeal as procedurally and substantively defective. (Docket No. 13).

Now, over a year since the filing of the Notice of Appeal, Appellants have yet to file an Opening Brief. Moreover, as the parties are well aware, the Court has heard subsequent appeals filed by Appellants that appear to render this action moot. *See, e.g.*, *In re Baroni*, Nos. 23-6235-MWF, 23-6689-MWF, 2023 WL 5829023 (C.D. Cal. Aug. 31, 2023).

Accordingly, the Court **ORDERS** Appellants to **SHOW CAUSE** ("OSC") why this action should not be dismissed for lack of prosecution and/or as moot. Appellants may discharge this OSC by filing their Opening Brief or a voluntary dismissal by no later than **October 2, 2023**.

Given the dilatory history of Appellants, failure to file the Opening Brief or voluntary dismissal by **October 2, 2023**, will result in **automatic dismissal** of this appeal. *See* Fed. R. Bankr. P. 8018(a)(4) ("If an appellant fails to file a brief on time . . . the district court . . . after notice, may dismiss the appeal on its own motion.").

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No.  CV 22-6867-MWF                               Date:  September 26, 2023
Title:  In Re: Allana Baroni

Further, this OSC serves as **NOTICE** to Appellants that any future failure to meet any deadline imposed by statute or this Court will result in automatic dismissal of this appeal without further notice.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

IT IS SO ORDERED.